UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff(s).<br><br>vs.<br><br>**DAVID ARENS, EILEEN M. ARENS, 1349 TENANT'S CORPORATION, WASHINGTON MUTUAL BANK, AND JOHN DOES NUMBERS 1 TO 10 (PERSONS OR ENTITIES WITH AN INTEREST IN THE PROPERTY DESCRIBED HEREIN),**<br><br>　　　　　　Defendant(s). | DOCKET NO.: 07 CV 11115<br><br>Civil Action<br><br>**RULE 7.1 STATEMENT OF WASHINGTON MUTUAL BANK** |

　　　　Pursuant to Federal Rule of the Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Washington Mutual Bank certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

　　　　Washington Mutual Bank is a wholly owned subsidiary of Washington Mutual Inc., a public corporation.

Dated: February 11, 2008

By: ___/s/ Gregg P. Tabakin_____
　　　Gregg P. Tabakin, Esq.   (GT-5893)
　　　Fein, Such, Kahn & Shepard, P.C.
　　　Atty. for Deft., **WASHINGTON MUTUAL BANK**
　　　747 Chestnut Ridge Road, Suite 200
　　　Chestnut Ridge, NY 10977
　　　Tel:  (845) 371-4700