**MAURICE A. REICHMAN**
*Attorney at Law*
20 Vesey Street, Suite 1410
New York, New York 10007
Voice: (212) 227-8448
Fax   (212) 385-9279
e-mail: Maurice@mareichman.com

February 29, 2008



**SO ORDERED**

The conference is adjourned to
April 24, 2008 at 9:30 a.m.

MAR 0 4 2008    *George B. Daniels*

**HON. GEORGE B. DANIELS**

Hon. George B. Daniels
Judge of the United States District Court
United States District Court
500 Pearl Street
New York, New York

Re: *United States v. David Arens, et al.* 07 Civ. 11115 (GBD)(KNF)

Dear Judge Daniels:

I was retained on February 27, 2008, by the defendants, David Arens and Eileen M. Arens, his wife, in the above entitled foreclosure action.

I am requesting an adjournment of 30 days to interpose a responsive pleading I am uncertain of the last day to file a responsive pleading. My clients believe it is in the first week of March, 2008. This is the first request for this relief. Counsel for the government has consented as has counsel for the co-defendant Washington Mutual Bank.

Additionally, I have been advised by counsel for the parties that the initial pre-trial conference in this matter has been scheduled for 9:30 a.m. on March 18, 2008. I am also requesting an adjournment of that conference to a date in mid-April that is convenient for the Court. Both counsels consent to this request.

Respectfully,

_____
Maurice A. Reichman (MR 6903)
cc:
Li Yu, Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2734
Fax: (212) 637-2686

Gregg P. Tabakin, Esq.
Fein, Such, Kahn & Shepard, P.C.
Atty. for Deft, Washington Mutual Bank
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, NY 10977
Tel: (845) 371-4700