

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

April 22, 2008

**BY HAND DELIVERY**

Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

**SO ORDERED**

The conference is adjourned May 13, 2008 at 9:30 a.m.

*[signature]*
HON. GEORGE B. DANIELS

Re: *United States v. David Arens, et al.*, 07 Civ. 11115 (GBD)(KNF)

Dear Judge Daniels:

This office represents the plaintiff United States of America (the "Government") in the above-referenced tax foreclosure suit. I write on behalf of both the Government and defendants Mr. and Mrs. David Arens to respectfully request an adjournment of the initial pre-trial conference in this matter, currently scheduled for 9:30 am on April 24, 2008.

Since March 2008, Mr. Maurice A. Reichman, counsel for the Arens, and I have been discussing the possibility of resolving this matter consensually. Within the next two or three weeks, Mr. Reichman and I expect to determine whether such a settlement is possible. Given the progress in settlement discussions to date and to allow the Government and the Arens to fully resolve the outstanding issues, I respectfully request that the April 24th conference be adjourned to a date in mid-May that is convenient for the Court. As no scheduling order has been entered in this case, granting this request for an adjournment will not require the adjustment to any other deadlines.

I think the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
LI YU
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2734
Fax: (212) 637-2686

cc: Maurice A. Reichman, Esq. (By Facsimile)
20 Vesey Street,
New York, N.Y. 10007
Fax: (212) 385-9279
*Counsel for Mr. and Mrs. Arens*

Gregg P. Tabakin, Esq. (By Facsimile)
Fein, Such Fein, Such, Kahn & Shepard, P.C
7 Century Drive, Suite 201
Parsippany, NJ 07054
Fax: (973) 538-8234
*Counsel for Washington Mutual Bank*