

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: MAY 1 4 2008
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, Third Floor
New York, New York 10007

May 12, 2008

**SO ORDERED**
The conference is adjourned to
June 4, 2008 at 9:30 a.m.

*George B Daniels*
HON. GEORGE B. DANIELS  MAY 1 4 2008

**BY HAND DELIVERY**

Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

Re: *United States v. David Arens, et al.*, 07 Civ. 11115 (GBD)(KNF)

Dear Judge Daniels:

This office represents the plaintiff United States of America (the "Government") in the above-referenced tax foreclosure action. I write on behalf of the Government and defendants Mr. and Mrs. David Arens to respectfully request a three-week adjournment of the initial pre-trial conference in this matter, currently scheduled for 9:30 am on May 13, 2008, because the parties have reached tentative agreement on a framework for resolving this matter and an adjournment would permit the parties to finalize and memorialize the specific terms of that agreement.

As no scheduling order has been entered in this case, granting this request for an adjournment will not require the adjustment to any other deadlines. I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: *Li Yu*
LI YU
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2734
Fax: (212) 637-2686

cc: Maurice A. Reichman, Esq. (By Facsimile)
20 Vesey Street,
New York, N.Y. 10007
Fax: (212) 385-9279
*Counsel for Mr. and Mrs. Arens*

Gregg P. Tabakin, Esq. (By Facsimile)
Fein, Such Fein, Such, Kahn & Shepard, P.C
7 Century Drive, Suite 201
Parsippany, NJ 07054
Fax: (973) 538-8234
*Counsel for Washington Mutual Bank*