

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 9 2008
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

<small>86 Chambers Street, Third Floor
New York, New York 10007</small>

June 3, 2008

**BY HAND DELIVERY**

Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

**SO ORDERED**
The conference is adjourned to
June 25, 2008 at 9:45 a.m.
JUN 0 6 2008   *George B Daniels*
**HON. GEORGE B. DANIELS**

Re:   *United States v. David Arens, et al.*, 07 Civ. 11115 (GBD)(KNF)

Dear Judge Daniels:

This office represents the plaintiff United States of America (the "Government") in the above-referenced tax foreclosure action. I write on behalf of the Government, as well as defendants David Arens, Mrs. Arens and Washington Mutual Bank, to respectfully request a three-week adjournment of the initial pre-trial conference in this matter, currently scheduled for 9:30 am on June 4, 2008. Since the parties' most recent request for an adjournment on May 12, 2008, the Government and the Arens have reached agreements on the terms for resolving this matter and are currently engaged in memorializing those terms in a proposed stipulation and order. A three-week adjournment will enable the parties to finalize and execute the proposed stipulation and order so that it can be submitted for the Court's review.

As no scheduling order has been entered in this case, granting this request for an adjournment will not require the adjustment to any other deadlines.

I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: s/ Li Yu _____
  LI YU
  Assistant United States Attorney
  86 Chambers Street, 3rd Floor
  New York, New York 10007
  Telephone: (212) 637-2734
  Fax: (212) 637-2686

cc:   Maurice A. Reichman, Esq. (By E-mail)
      20 Vesey Street,
      New York, N.Y. 10007
      *Counsel for Mr. and Mrs. Arens*

      Gregg P. Tabakin, Esq. (By E-mail)
      Fein, Such Fein, Such, Kahn & Shepard, P.C
      7 Century Drive, Suite 201
      Parsippany, NJ 07054
      *Counsel for Washington Mutual Bank*