| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC # |
| DATE FILED: JUN 2 5 2008 |

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, Third Floor*
*New York, New York 10007*

June 24, 2008

**SO ORDERED**

*George B. Daniels*

**HON. GEORGE B. DANIELS**

`JUN 2 5 2008`

**BY FACSIMILE**

Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl St., Room 630
New York, NY 10007

Re: *United States v. David Arens, et al.*, 07 Civ. 11115 (GBD)(KNF)

Dear Judge Daniels:

This office represents the plaintiff United States of America (the "Government") in the above-referenced tax foreclosure action. I write on behalf of the Government, as well as defendants David Arens, Mrs. Arens and Washington Mutual Bank ("Washington Mutual"), to respectfully request a further two-week adjournment of the initial pre-trial conference in this matter, from 9:30 a.m. tomorrow to 9:30 a.m. on Wednesday, July 9, 2008 or another time that week that is convenient for the Court.

Since the parties' most recent request for an adjournment on June 3, 2008, the Government and Mr. and Mrs. Arens have agreed on the terms of a proposed stipulation and order resolving the Government's claims against the Arenses. Counsel for the Arenses and for Washington Mutual currently are seeking to finalize a provision on the impact of a resolution on the Arenses' mortgage from Washington Mutual. A two-week adjournment will enable the parties to finalize and execute the proposed stipulation and order so that it can be submitted for the Court's review. As no scheduling order has been entered in this case, granting this request for an adjournment will not require the adjustment to any other deadlines.

I thank the Court for its consideration of this request.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
LI YU
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2734
Fax: (212) 637-2686

cc:   Maurice A. Reichman, Esq. (By E-mail)
      20 Vesey Street,
      New York, N.Y. 10007
      *Counsel for Mr. and Mrs. Arens*

      Gregg P. Tabakin, Esq. (By E-mail)
      Fein, Such Fein, Such, Kahn & Shepard, P.C
      7 Century Drive, Suite 201
      Parsippany, NJ 07054
      *Counsel for Washington Mutual Bank*